1  ALAN S. PETLAK (SBN 179362)
   petlaka@ballardspahr.com
2  ETHAN CHERNIN (SBN 273906)
   chernine@ballardspahr.com
3  **BALLARD SPAHR LLP**
   2029 Century Park East, Suite 800
4  Los Angeles, California 90067-2909
   Telephone: (424) 204-4400
5  Facsimile:  (424) 204-4350

6  Attorneys for Defendants Countrywide Home
   Loans Inc., Bank of America, N.A. and
7  Recontrust Company, N.A.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| NAEEM AHMAD, an Individual, | NO. 2:12-cv-01331-MCE-CKD PS |
|---|---|
| Plaintiff, | [Assigned to Magistrate Judge Carolyn Delaney] |
| v. | |
| COUNTRYWIDE HOME LOANS INC.; AMERICAN PACIFIC MORTGAGE CORP. D/B/A AMERICAN PACIFIC FUNDING; BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A.; and DOES 1-100, inclusive | **ORDER GRANTING STIPULATION TO CONTINUE HEARING RE DEFENDANTS' MOTION TO DISMISS** |
| Defendants. | |

Pursuant to the Stipulation of the parties, and good cause being shown, **IT IS HEREBY ORDERED THAT** the hearing on Defendants Countrywide Home Loans Inc., Bank of America, N.A. and Recontrust Company, N.A.'s Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted, currently scheduled for August 8, 2012, is continued to October 10, 2012 at 10:00 a.m., or as soon thereafter as the matter may be heard.

Plaintiff is directed to file opposition, if any, to the motion, or a statement of non-opposition thereto, no later than September 19, 2012.  Failure to file opposition and appear at hearing, or to file a statement of non-opposition, will be deemed a statement of non-opposition, and shall result in a recommendation that this action be dismissed.  Reply, if any, shall be filed no later than September 26, 2012.

**IT IS SO ORDERED.**

Dated: July 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING RE DEFENDANTS' MOTION TO DISMISS**