ALAN S. PETLAK (SBN 179362)
petlaka@ballardspahr.com
ETHAN CHERNIN (SBN 273906)
chernine@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, California 90067-2909
Telephone: (424) 204-4400
Facsimile:  (424) 204-4350

Attorneys for Defendants Countrywide Home
Loans Inc., Bank of America, N.A. and
Recontrust Company, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AHMAD, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS INC.; AMERICAN PACIFIC MORTGAGE CORP. D/B/A AMERICAN PACIFIC FUNDING; BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A.; and DOES 1-100, inclusive<br><br>Defendants. | NO. 2:12-cv-01331-MCE-CKD PS<br><br>[Assigned to Magistrate Judge Carolyn Delaney]<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING RE DEFENDANTS' MOTION TO DISMISS** |

Pursuant to the Stipulation of the parties, and good cause being shown, **IT IS HEREBY ORDERED THAT** the hearing on Defendants Countrywide Home Loans Inc., Bank of America, N.A. and Recontrust Company, N.A.'s Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted, currently scheduled for August 8, 2012, is continued to October 10, 2012 at 10:00 a.m., or as soon thereafter as the matter may be heard.

Plaintiff is directed to file opposition, if any, to the motion, or a statement of non-opposition thereto, no later than September 19, 2012. Failure to file opposition and appear at hearing, or to file a statement of non-opposition, will be deemed a statement of non-opposition, and shall result in a recommendation that this action be dismissed. Reply, if any, shall be filed no later than September 26, 2012.

**IT IS SO ORDERED.**

Dated: July 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE