IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NAEEM AHMED,

        Plaintiff,                No. 2:12-cv-1331 MCE CKD PS

    vs.

COUNTRYWIDE HOME LOANS, INC., et al.,

        Defendants.        ORDER AND
                                             FINDINGS AND RECOMMENDATIONS

/

        This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). See 28 U.S.C. § 636(b)(1). On June 19, 2012, defendants filed a motion to dismiss. The motion was noticed to be heard on August 8, 2012.

        On July 26, 2012, pursuant to the request and stipulation of the parties, the undersigned continued the hearing on the motion to October 10, 2012 and directed plaintiff to file an opposition to the motion, or a statement of non-opposition thereto, no later than September 19, 2012. Plaintiff was advised that failure to file an opposition would be deemed a statement of non-opposition to the pending motion and would result in a recommendation that this action be dismissed.

1

Although the deadline has now passed, the court docket reflects that plaintiff has not filed an opposition to the motion or a statement of non-opposition to the motion. In light of plaintiff's failures, the undersigned will recommend that this action be dismissed for failure to prosecute the action and for failure to comply with court orders and Local Rules, and that defendants' motion to dismiss be denied as moot. See Fed. R. Civ. P. 41(b); L.R. 110.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing date of October 10, 2012 on defendants' motion to dismiss is vacated; and

IT IS HEREBY RECOMMENDED that:

1. This action be dismissed pursuant to Federal Rule of Civil Procedure 41(b), based on plaintiff's failure to prosecute the action and to comply with court orders and Local Rules;

2. Defendants' motion to dismiss (Dkt. No. 7) be denied as moot; and

3. The Clerk of Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
ahmed1331.nop.57