UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AHMAD,<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTRYWIDE HOME LOANS, INC. et al.,<br><br>            Defendants. | No.  2:12-cv-1331 MCE CKD PS<br><br><br>ORDER |

Plaintiff has requested an extension of time (ECF No. 44) to file objections to the findings and recommendations which were filed May 13, 2013.

Accordingly, IT IS HEREBY ORDERED that objections, if any, to the findings and recommendations (ECF No. 43) shall be filed no later than June 12, 2013.

Dated:  May 29, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 ahmad1331.eot

1