UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AHMAD, | No. 2:12-cv-1331 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTRYWIDE HOME LOANS, INC., et al., | |
| Defendants. | |

     This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

     On May 13, 2013, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  Objections to the findings and recommendations have been filed.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 13, 2013 are adopted in full;

2. Defendants' motion to dismiss (ECF No. 29) is granted without leave to amend;

3. Defendant American Pacific Mortgage Corporation DBA American Pacific Funding is dismissed;

4. All claims against defendant Bayview Loan Servicing are dismissed save and except for the claim under the Fair Debt Collection Practices Act.

Date: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2