David C. Powell (SBN 129781)
Email:   dpowell@reedsmith.com
Carolee A. Hoover (SBN 665104)
Email:   choover@reedsmith.com
Alice A. Choy (SBN 286596)
Email:   achoy@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
Countrywide Home Loans, Inc., Bank of America N.A., Mortgage Electronic Registration Systems, Inc., and Recontrust Company N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NAEEM AHMAD,<br><br>           Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.; AMERICAN PACIFIC MORTGAGE CORP, DBA , AMERICAN PACIFIC FUNDING; BANK OF AMERICA N.A.; RECONTRUST COMPANY N.A.; DOES 1-100, inclusive<br><br>           Defendants. | Case No. 2:12-CV-01331 MCE-CKD<br><br>**ORDER OF DISMISSAL**<br><br>Hearing Held<br>Date:      May 8, 2013<br>Time:      10:00 a.m.<br>Place:      Courtroom 28<br><br>Compl. Filed:  May 17, 2012<br>FAC Filed:     March 12, 2013<br><br>Honorable Chief Judge Morrison C. England Jr. |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE THAT on July 25, 2013, the Court granted Defendants' Countrywide Home Loans, Inc., Bank of America N.A., Mortgage Electronic Registration Systems, Inc., and Recontrust Company N.A. (collectively "Defendants" Motion to Dismiss, without leave to amend.  As a matter of law, the First Amended Complaint of Plaintiff Naeem Ahmad ("Plaintiff") fails to set forth facts sufficient to state a valid cause of action against said Defendants.

Given the foregoing ruling, IT IS HEREBY ORDERED that Plaintiff's action as against the aforementioned Defendants is DISMISSED WITH PREJUDICE. Because Plaintiff's action remains pending as against another defendant, Bayview Loan Servicing, issuance of any final judgment must await the adjudication of this matter as against Bayview.

**IT IS SO ORDERED**.

Dated:  August 7, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT