**Naeem Ahmad**
**9352 Oreo Ranch Circle**
**Elk Grove, CA, 95624**
**916-230-5971 (text message only)**
**Naeem_104@yahoo.com**

**Plaintiff in Pro Se**
**Naeem Ahmad**

FILED
AUG 7 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISCTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| **Naeem Ahmad**<br>**Plaintiff,**<br>**v.**<br>**Countrywide Home Loans, Inc., et al.,**<br>**Defendants** | **Case No: CIV. 2-12-CV-01331- MCE-CKD PS**<br><br>**NOTICE OF APPEAL**<br><br>**Magistrate Judge: Carolyn D. Delaney** |

**Notice is hereby given that Pro Se Plaintiff, Naeem Ahmad (hereinafter "Ahmad") in the above-entitled case, appeals to the United States Court of Appeals for the Ninth Circuit from an Orders dismissing all of "Ahmad's" Federal and State law claims against all defendants without leave to amend except the FDCPA claim against Bayview Loan Servicing Inc.**

**The order of dismissal of Federal and State law claims with prejudice was entered on July 23, 2013 without leave to amend.**

**Dated this 7th day of August 2013.**

**Naeem Ahmad**
**9352 Oreo Ranch Circle**
**Elk Grove, CA, 95624**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

**PROOF OF SERVICE BY MAIL**

**Naeem Ahmad**

**Plaintiff,**

**Case No: 2:12-CV-1331 MCE CKD PS**

**v.**

**Countrywide Home Loans Inc et al.,**

**Defendants**

**I, Mohammad Ali Ahmad hereby certify that on August 7, 2013, I served a copy of the**

**"Notice of Appeal"**

**by placing a copy in postage paid envelope addresses to the persons / entities hereinafter listed, by depositing said envelop in United States mail at, Elk Grove, CA.**

**I served the above captioned document on attorney for Defendants and Defendants not represented at their addresses listed below.**

**Reed Smith LLP**
**101 Second Street, Suite 1800**
**San Francisco, CA, 94105-3659**

**Klinedinst**
**Attorneys at Law**
**801 K Street, Suite 2100**
**Sacramento, CA, 95814**

**American Pacific Mortgage Corp**
**DBA, American Pacific Funding.**
**3000 Lava ridge Court, Suite, 200**
**Roseville, Ca, 9566**

**1declare under penalty of perjury that the foregoing is true and correct.**

**(Signed)**