UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AHMAD, | No. 2:12-cv-1331 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTRYWIDE HOME LOANS, INC., et al., | |
| Defendants. | |

    This matter is currently set for hearing on September 25, 2013 on defendant Bayview's motion to dismiss. Plaintiff has filed opposition to the motion. In the opposition, plaintiff requests that this court disregard the motion to dismiss because plaintiff alleges the motion was untimely.

    The proof of service of summons (ECF No. 41) indicates that defendant Bayview was served at an address on Ponce de Leon Blvd. in Coral Gables, Florida. The records of the Florida Department of State, Division of Corporations[1] indicates that the registered agent name and address for defendant Bayview is C T Corporation System, 1200 South Pine Island Road, Plantation, Florida, 33324. In an exhibit attached to plaintiff's opposition, defense counsel

---

[1] The court takes judicial notice of these records pursuant to Federal Rule of Evidence 201.

1

1 indicates that defendant Bayview was not aware of this lawsuit until being served on June 14,
2 2013 with a copy of the objections filed by plaintiff on June 11, 2013.  Under these
3 circumstances, the court deems defendant's motion to dismiss as timely.

4     The court has previously dismissed all claims against defendant Bayview except for a
5 claim under the Fair Debt Collections Practices Act.  ECF No. 55.  At the hearing on this matter,
6 the court will hear only arguments addressed to this issue.  Defendant is reminded that the reply is
7 due September 11, 2013.  ECF. No. 59.

8     Accordingly, IT IS HEREBY ORDERED that defendant's motion to dismiss (ECF No.
9 49) is deemed timely.

10 Dated:  September 6, 2013

11 
12 CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

14 4 ahmad1331.tim