1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NAEEM AHMAD,                              No.  2:12-cv-1331 MCE CKD PS

12                  Plaintiff,

13        v.                                    ORDER

14   COUNTRYWIDE HOME LOANS, INC.,
     et al.,
15
                    Defendants.
16

17

18        This matter is currently set for hearing on September 25, 2013 on defendant Bayview's

19   motion to dismiss.  Plaintiff has filed opposition to the motion.  In the opposition, plaintiff

20   requests that this court disregard the motion to dismiss because plaintiff alleges the motion was

21   untimely.

22        The proof of service of summons (ECF No. 41) indicates that defendant Bayview was

23   served at an address on Ponce de Leon Blvd. in Coral Gables, Florida.  The records of the Florida

24   Department of State, Division of Corporations[1] indicates that the registered agent name and

25   address for defendant Bayview is C T Corporation System, 1200 South Pine Island Road,

26   Plantation, Florida, 33324.  In an exhibit attached to plaintiff's opposition, defense counsel

27

28   [1]  The court takes judicial notice of these records pursuant to Federal Rule of Evidence 201.

                                              1

1   indicates that defendant Bayview was not aware of this lawsuit until being served on June 14,

2   2013 with a copy of the objections filed by plaintiff on June 11, 2013.  Under these

3   circumstances, the court deems defendant's motion to dismiss as timely.

4          The court has previously dismissed all claims against defendant Bayview except for a

5   claim under the Fair Debt Collections Practices Act.  ECF No. 55.  At the hearing on this matter,

6   the court will hear only arguments addressed to this issue.  Defendant is reminded that the reply is

7   due September 11, 2013.  ECF. No. 59.

8          Accordingly, IT IS HEREBY ORDERED that defendant's motion to dismiss (ECF No.

9   49) is deemed timely.

10  Dated:  September 6, 2013

11                                                  _____
                                                    CAROLYN K. DELANEY
12                                                  UNITED STATES MAGISTRATE JUDGE

13

14  4 ahmad1331.tim

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    2