**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 10 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NAEEM AHMAD, | No. 13-16616 |
| Plaintiff - Appellant, | D.C. No. 2:12-cv-01331-MCE |
| v. | Eastern District of California, Sacramento |
| COUNTRYWIDE HOME LOANS, INC.; et al., | ORDER |
| Defendants - Appellees. | |

Before: TASHIMA, M. SMITH, and IKUTA, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule). Consequently, this appeal is dismissed for lack of jurisdiction.

All pending motions are denied as moot.

**DISMISSED.**

MF/Pro Se