UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AHMAD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTRYWIDE HOME LOANS, INC. et al.,<br><br>　　　　　Defendants. | No.  2:12-cv-1331 MCE CKD PS<br><br><br>ORDER |

Plaintiff has requested an extension of time to file objections to the findings and recommendations which were filed September 26, 2013.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for extension of time (ECF No. 72) is granted.  Objections, if any, to the findings and recommendations (ECF No. 70) shall be filed no later than October 23, 2013.

Dated:  October 10, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4 ahmad1331.eot2