UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AHMAD, | No. 2:12-cv-1331 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTRYWIDE HOME LOANS, INC. et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file objections to the findings and recommendations which were filed September 26, 2013.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for extension of time (ECF No. 72) is granted.  Objections, if any, to the findings and recommendations (ECF No. 70) shall be filed no later than October 23, 2013.

Dated:  October 10, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 ahmad1331.eot2